IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

COREY ADAMS,

  Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

  Defendant.

CIVIL ACTION FILE

No. 2:24-CV-00045-SCJ

### ORDER

On March 19, 2025, the Court granted the Parties' request to stay this matter in order to attend mediation. Doc. No. [20]. The stay expired on May 3, 2024.[1] At that point, there remained 23 days in the discovery period. Therefore, discovery closes on May 27, 2025. Dispositive motions or the pretrial order shall be filed no later than June 26, 2025.

IT IS SO ORDERED this 7th day of May, 2025.

HONORABLE STEVE C. JONES
United States District Judge

---

[1] The Parties were ordered to inform the Court of the outcome of their mediation within three days. They have failed to do so.